```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------X   ELECTRONICALLY FILED
EAST END FUNERAL HOME, INC. and EAST         :      DOC #:_____
END GUN HILL, LLC.,                          :      DATE FILED: 2/21/2020
                                             :
                              Plaintiffs,    :      19 Civ. 1410 (LGS)
                                             :
              -against-                      :      ORDER
                                             :
AMERICAN EUROPEAN INSURANCE                  :
COMPANY,                                     :
                                             :
                              Defendant.     :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS this case has been assigned to me for all purposes. It is hereby

**ORDERED** that counsel review and comply with the Court's Individual Rules and Procedures ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Schofield). It is further

**ORDERED** that counsel for all parties shall appear for a status conference with the Court at the time and place listed below. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. (Parties who are not within the tri-state area may appear by telephone by calling chambers *together from a landline* at (212) 805-0288 at the appointed time). Any open legal issues can be addressed at the conference. It is further

**ORDERED** that counsel for all parties shall file on ECF a joint letter with the Court no later than **February 28, 2020,** appending the most recent scheduling order, if any, to the status letter. The status letter should not exceed 5 pages, and should provide the following information in separate paragraphs:

1. Which, if any, parties will appear for the conference remotely by telephone.

2. A brief statement of the nature of the case, the principal claims and defenses, and the major

legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

3. A brief statement by Plaintiffs as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with the Court's Individual Rule IV.A.3;

4. A brief description of any pending motions;

5. A brief description of any discovery that has already taken place, and any discovery that remains;

6. A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);

7. A statement of procedural posture and upcoming deadlines;

8. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

9. Any other information that the parties believe may assist this Court in resolving the action.

Unless ordered otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer. Any request for an extension or adjournment shall be made by letter as provided in Individual Rules I.B.2 and must be received at least 48 hours before the deadline or conference. It is further

**ORDERED** that, in accordance with the Court's Individual Rules, the parties shall prepare a joint Proposed Civil Case Management Plan and Scheduling Order in the form available at the Court's website (http://nysd.uscourts.gov/judge/Schofield) and append it to their joint letter described above. The parties **must** propose dates for the various deadlines even if they intend to request a stay of discovery.

**DATE AND PLACE OF CONFERENCE**: **March 5, 2020,** at **11:45 a.m. EST**, in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

Dated: February 21, 2020
      New York, New York

                                    _____
                                      **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**