USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

EAST END FUNERAL HOME, INC. and EAST END GUN HILL, LLC.,

Plaintiffs,

-against-

AMERICAN EUROPEAN INSURANCE COMPANY,

Defendant.

------------------------------------------------------------ X

19 Civ. 1410 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, for the reasons stated at the March 5, 2020, conference, the case is hereby stayed, pending resolution of Defendant's motion to dismiss (Dkt. No. 20).

The Clerk of Court is respectfully directed to close the open motion at Dkt. No. 25.

Dated: March 5, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE