**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EAST END FUNERAL HOME, INC. and
EAST END GUN HILL, LCC.,

                                Plaintiff,

           -against-                       19 **CIVIL** 1410 (LGS)

## JUDGMENT

AMERICAN EUROPEAN INSURANCE
COMPANY,

                                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2020, Defendant's motion to dismiss is granted, this case is closed.

**Dated:** New York, New York
           March 27, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                    Clerk of Court
                            **BY:**
                                                    _____
                                                      **Deputy Clerk**